## HEARING MINUTES AND ORDER

**Cause Number**:  09-1548

**Style**:  Southwestern Bell Telephone Company  v. F. Cary Fitch,

**Appearances**:

| **Counsel**: | **Representing**: |
| --- | --- |
| Timothy Whitley | Plaintiff |
| Scott McCollough | Defendant |

**Date**:  August 26, 2009          **ERO**:  Yes

**Time**: 10 :35 a.m. - 11:00 a.m.

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

**SIGNED** at Houston, Texas this 26th day of August, 2009.


_____
Nancy F. Atlas
United States District Judge