| ⓧAO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts TRANSCRIPT ORDER | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME W. Scott McCollough | 2. PHONE NUMBER 5126333498 | 3. DATE 5/6/2011 |
|---|---|---|
| 4. MAILING ADDRESS 1250 S. Capital of Texas Hwy BLDG 2-235 | 5. CITY West Lake Hills | 6. STATE TX | 7. ZIP CODE 78746 |
| 8. CASE NUMBER 4:09-CV-1548 | 9. JUDGE ATLAS | DATES OF PROCEEDINGS 10. FROM 8/26/2009 | 11. TO 8/26/2009 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS |
| | 13. CITY Houston | 14. STATE TX |

United States Courts
Southern District of Texas
FILED
MAY 06 2011
David J. Bradley, Clerk of Court

15. ORDER FOR
☐ APPEAL       ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT      ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL                 ☐ IN FORMA PAUPERIS         ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 8/26/2009 (21 min) (electronic recording) |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | 21 min | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  [signed]
19. DATE  5/6/2011

ESTIMATE TOTAL
☐ EMAIL ONLY REQUIRED
☒ EMAIL AND HARD COPY REQUIRED
☒ EMAIL ADDRESS: WSMC@DOTLAW.BIZ

20. TRANSCRIPT TO BE PREPARED BY  JUDICIAL TRANSCRIBERS OF TEXAS

COURT ADDRESS
U.S. COURTHOUSE
515 RUSK
HOUSTON TX 77002

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 5/6/2011 | | | |
| DEPOSIT PAID | 100.00 | Credit Card | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY