7136602181

**AO 435**
(Rev. 03/08)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**

*Please Read Instructions:*

**TRANSCRIPT ORDER**

**DUE DATE:**

| 1. NAME Sunny McCarty | 2. PHONE NUMBER 713-567-8826 | 3. DATE 5/6/2011 | |
|---|---|---|---|
| 4. MAILING ADDRESS 6500 West Loop South, Zone 5.5 | 5. CITY Bellaire | 6. STATE TX | 7. ZIP CODE 77401 |

| 8. CASE NUMBER 4:09-CV-1548 | 9. JUDGE Atlas | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 8/26/2009 | 11. TO 8/26/2009 - hearing |
| 12. CASE NAME Southwestern Bell Tel. Co v. Fitch, dba Afford. Telecom | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Houston | 14. STATE TX |

**15. ORDER FOR**

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL      ☑ CIVIL             ☐ IN FORMA PAUPERIS             ☐ OTHER (Specify)

United States Courts
Southern District of Texas
FILED

MAY 09 2011

David J. Bradley, Clerk of Court

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING (Spcy) (Hearing) | 8/26/2009 electronic recording |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☑ | NO. OF COPIES | 21 pages/mins. (electronic recording) | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

**ESTIMATE TOTAL**

| 18. SIGNATURE *Sunny McCarty* | ☐ EMAIL ONLY REQUIRED ☑ EMAIL AND HARD COPY REQUIRED |
|---|---|
| 19. DATE 5/6/2011 | ☑ EMAIL ADDRESS: Sunny.mccarty@att.com |

**20. TRANSCRIPT TO BE PREPARED BY**
Judicial Transcribers of Texas

**COURT ADDRESS**
U.S. Courthouse
515 Rusk
Houston, TX 77002

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 5/6/11 | | | |
| DEPOSIT PAID | deposit waived, per JTT | | DEPOSIT PAID | waived, per JTT |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | to be billed |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY          TRANSCRIPTION COPY          ORDER RECEIPT          ORDER COPY

 **at&t**

| | |
|---|---|
| **Sunny C. McCarty**<br>Senior Attorney<br>Legal Department | AT&T Texas<br>6500 West Loop South<br>Room 5.5<br>Bellaire, TX 77401 |

713.567.8826   Phone
713.567.6329   Fax
sunny.mccarty@att.com

# LEGAL DEPARTMENT FACSIMILE TRANSMISSION

May 6, 2011

TO:

| NAME | FACSIMILE |
|---|---|
| Office of the Clerk | 713-250-5356 |
| W. Scott McCollough | 512/692-2522 |

FROM:       Sunny C. McCarty, ph: 713-567-8826; fax 713-567-6329

Number of Pages, including cover sheet: ___2___

RE:   Civil Action No. 4:09-cv-01548; Southwestern Bell Telephone Company d/b/a
AT&T Texas v. F. Carey Fitch d/b/a Affordable Telecom; In the US District
Court for the Southern District of Texas, Houston Division

THE INFORMATION CONTAINED IN THE FOLLOWING PAGES MAY BE ATTORNEY-CLIENT PRIVILEGED OR
CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUALS OR ENTITIES NAMED
ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT
RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, THEN YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU
HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN THE
DOCUMENT TO US AT THE ABOVE ADDRESS.

NOTES:

## Transcript Order Form AO 435 attached for processing.

IF THERE ARE PROBLEMS WITH THIS FACSIMILE TRANSMISSION, PLEASE CALL NINA JOHNSON
AT (713) 567-8117 DURING NORMAL BUSINESS HOURS, CENTRAL TIME.

USA
Proud Sponsor of the U.S. Olympic Team