# HEARING MINUTES AND ORDER

**Cause Number**: 09-1548

**Style**: Southwestern Bell Telephone Company v. F. Cary Fitch,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Mary Keeney/Sunny McCarty | Plaintiff |
| Scott McCollough | Defendant |

**Date**: May 18, 2011　　　　　　　**ERO**: Yes

**Time**: 10:00 a.m. - 11:51 p.m.
　　　　1:36 p.m. - 3:08 p.m.
　　　　4:16 p.m. - 6:17 p.m.

**At the hearing the Court made the following rulings**:

Motion hearing held. Oral argument heard. Court did not make definitive rulings, Motions to dismiss are pending.

**SIGNED** at Houston, Texas this 18th day of May, 2011.

_____
Nancy F. Atlas
United States District Judge