IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE § <br> COMPANY D/B/A AT&T TEXAS § <br> § <br> VS. § <br> § <br> F. CARY FITCH D/B/A AFFORDABLE § <br> TELECOM § | CASE NO. 4:09-CV-01548 |

## ORDER

Southwestern Bell Telephone Company d/b/a AT&T Texas ("AT&T Texas") has filed a Motion for Award of Fees and Costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and (2). Defendant F. Cary Fitch d/b/a Affordable Telecom has filed no objection to the amount of attorneys' fees or costs that AT&T Texas seeks and has stipulated that the amount of attorneys' fees is reasonable and the fees and costs are recoverable by the prevailing party. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff AT&T Texas recover from Defendant F. Cary Fitch d/b/a Affordable Telecom reasonable and necessary attorneys' fees and costs in the amount of $203,707.70, for which let execution issue. It is further

1544351v1 8/11/2011

**ORDERED, ADJUDGED, AND DECREED** that, in the event of an unsuccessful appeal by Defendant to the Fifth Circuit, Plaintiff AT&T Texas have and recover $75,000.00 in attorneys' fees from Defendant for briefing and, if necessary, argument in the Fifth Circuit.

SIGNED at Houston, Texas, this 15TH day of **August, 2011**.

_____
Nancy F. Atlas
United States District Judge

APPROVED AS TO FORM:

By:_____
W. Scott McCollough
Texas State Bar No. 13434100
McCollough Henry PC
1250 South Capital of Texas Hwy
Bldg 2-235 West Lake Hills, TX 78746
512-888-1112
wsmc@smccollough.com

**COUNSEL FOR DEFENDANT
F. CARY FITCH D/B/A AFFORDABLE TELECOM**